IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA DURKSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of | : | |
| Social Security Administration | : | No. 08-6016 |

## ORDER

AND NOW, this 29th day of September 2009, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 7) and Defendant's Response thereto (Doc. No. 8), and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter (Doc. No. 10), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Judgment is entered AFFIRMING the decision of the Commissioner of the Social Security Administration and the relief sought by Plaintiff is DENIED; and

3. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.